| | | | | |
|---|---|---|---|---|
| Vermillion v. State | 84A04–1604–PC–900 | 02/23/2017 | FRIEDLANDER Sr. J. | Reversed and remanded |
| | | | BAKER, J. | Concurs |
| | | | KIRSCH, J. | Concurs |
| Allen v. State | 02A03–1508–CR–1120 | 02/23/2017 | BARNES, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Manhas v. Franciscan Hammond Clinic, LLC | 45A05–1602–CT–328 | 02/24/2017 | ALTICE, J. | Reversed and remanded |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Acuna–Hinojosa v. State | 49A05–1605–CR–1096 | 02/24/2017 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Webb v. White | 28A04–1607–DR–1719 | 02/24/2017 | NAJAM, J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | MAY, J. | Concurs |
| Caton v. State | 53A05–1607–CR–1672 | 02/24/2017 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Grant v. State | 71A05–1605–CR–1174 | 02/24/2017 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| J.P., Jr. v. State | 79A02–1607–JV–1745 | 02/24/2017 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Aviation Consultants U.S., Inc. v. Timken Alcor Aerospace Technologies, Inc. | 10A04–1609–CT–2230 | 02/24/2017 | BAKER, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | PYLE, J. | Concurs |